**CT Corporation**

**Service of Process Transmittal**
12/17/2020
CT Log Number 538760006

TO: Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

RE: **Process Served in Louisiana**

FOR: Wal-Mart Louisiana, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Torrence Tyrone, Pltf. vs. Wal-Mart Louisiana, LLC, et al., Dfts. |
| DOCUMENT(S) SERVED: | Citation, Petition, Interrogatories, Request(s) |
| COURT/AGENCY: | 19th Judicial District Court, Parish of East Baton Rouge, LA<br>Case # C702679 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - 01/22/2020, Walmart Neighborhood Market, Baton Rouge, Louisiana |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 12/17/2020 at 08:50 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 15 days after receipt (Document(s) may contain additional answer dates) |
| ATTORNEY(S) / SENDER(S): | Matthew D. Hemmer<br>Morris Bart, LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130<br>504-525-8000 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 12/17/2020, Expected Purge Date: 12/22/2020<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / AP

EXHIBIT B

**SERVICE COPY**



D5544705

# CITATION

TYRONE TORRENCE
(Plaintiff)

NUMBER C-702679   SEC. 27

19th JUDICIAL DISTRICT COURT

VS

PARISH OF EAST BATON ROUGE

WAL-MART LOUISIANA, LLC, ET AL
(Defendant)

STATE OF LOUISIANA

TO:   WAL-MART LOUISIANA, LLC
      THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS,
      CT CORPORATION SYSTEM
      3867 PLAZA TOWER DRIVE
      BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **DECEMBER 15, 2020.**

*Myrihle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: HEMMER, MATTHEW D**
                     **(504) 525-8000**

*The following documents are attached:
**PETITION FOR DAMAGES, INTERROGATORIES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

RECEIVED
DEC 16 2020
EBR SHERIFF'S OFFICE

 **CT Corporation**

**Service of Process Transmittal**
12/17/2020
CT Log Number 538759963

TO: Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

RE: **Process Served in Louisiana**

FOR: Wal-Mart Stores, Inc. (Former Name) (Domestic State: DE)
WALMART INC. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Torrence Tyrone, Pltf. vs. Wal-mart Louisiana, LLC, et al., Dfts. // To: Wal-Mart Stores, Inc. |
| DOCUMENT(S) SERVED: | Citation, Petition, Interrogatories, Request(s) |
| COURT/AGENCY: | 19th Judicial District Court, Parish of East Baton Rouge, LA<br>Case # C702679 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - 01/22/2020, Walmart Neighborhood Market, Baton Rouge, Louisiana |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 12/17/2020 at 08:50 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 15 days after receipt (Document(s) may contain additional answer dates) |
| ATTORNEY(S) / SENDER(S): | Matthew D. Hemmer<br>Morris Bart, LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130<br>504-525-8000 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 12/17/2020, Expected Purge Date: 12/22/2020<br><br>Image SOP<br><br>Email Notification, Kim Lundy Service Of Process ctlawsuits@walmartlegal.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**SERVICE COPY**



D5544713

# CITATION

**TYRONE TORRENCE**
(Plaintiff)

**VS**

**WAL-MART LOUISIANA, LLC, ET AL**
(Defendant)

NUMBER C-702679    SEC. 27

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    WAL-MART STORES, INC.
THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS,
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **DECEMBER 15, 2020.**

*Myrikle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: HEMMER, MATTHEW D**
**(504) 525-8000**

*The following documents are attached:
**PETITION FOR DAMAGES, INTERROGATORIES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

RECEIVED
DEC 16 2020
E B R SHERIFF'S OFFICE

 **CT Corporation**

**Service of Process Transmittal**
12/17/2020
CT Log Number 538759528

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Louisiana

**FOR:** Wal-Mart Real Estate Business Trust (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Torrence Tyrone, Pltf. vs. Wal-Mart Louisiana, LLC, et al., Dfts. // To: Wal-Mart Business Real Estate Trust<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Interrogatories, |
| **COURT/AGENCY:** | 19th Judicial District Court, Parish of East Baton Rouge, LA<br>Case # C702679 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 01/22/2020 - Walmart Stores Located at Baton Rouge, Louisiana |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/17/2020 at 08:50 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after receipt |
| **ATTORNEY(S) / SENDER(S):** | Matthew D. Hemmer<br>Morris Bart, LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130<br>504-525-8000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/17/2020, Expected Purge Date: 12/22/2020<br><br>Image SOP<br><br>Email Notification, Kim Lundy Service Of Process ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of 2 / PK



**Service of Process Transmittal**
12/17/2020
CT Log Number 538759528

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Louisiana**

**FOR:** Wal-Mart Real Estate Business Trust  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / PK

SERVICE COPY



D5544697

# CITATION

TYRONE TORRENCE
(Plaintiff)

NUMBER C-702679   SEC. 27

19th JUDICIAL DISTRICT COURT

VS

PARISH OF EAST BATON ROUGE

WAL-MART LOUISIANA, LLC, ET AL
(Defendant)

STATE OF LOUISIANA

TO: WAL-MART BUSINESS REAL ESTATE TRUST
THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM,
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **DECEMBER 15, 2020.**

*Myrikle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: HEMMER, MATTHEW D
(504) 525-8000

*The following documents are attached:
**PETITION FOR DAMAGES, INTERROGATORIES**

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

RECEIVED
DEC 16 2020
EBR SHERIFF'S OFFICE